IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARTIN HORWIT,
    Plaintiff,

vs.                                    Case No: 3:09cv54/LAC/MD

SAM CAMARIOTES, JR.,
    Defendant.
_____

**O R D E R**

    This cause is before the court upon plaintiff filing a civil complaint under 28 U.S.C. §§ 1331 and 1343, alleging violations of his civil rights and his rights under the Americans with Disabilities Act. (Doc. 1). He has also filed a motion to proceed *in forma pauperis*. (Doc. 2). Good cause having been shown, leave to so proceed will be granted. Before the court can order service of the complaint, however, plaintiff must submit one identical copy of his complaint.

    Accordingly, it is ORDERED:

    1.    Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is granted.

    2.    Within twenty (20) days from the date of this order, plaintiff shall submit one identical copy of his complaint, including attachments. This case number shall be written on the copy. Failure to do so will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

    DONE AND ORDERED this 25th day of February, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE