IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARTIN HORWIT,
    Plaintiff,

vs.                        Case No. 3:09cv54/LC/MD

SAM CAMARIOTES, JR.,
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon the parties' Joint Motion to Dismiss with Prejudice. (Doc. 15). The motion, which is signed by both parties, states that the parties have resolved all issues in the case by way of settlement. Pursuant to FED.R.CIV.P. 41(a)(1), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That the parties' joint motion to dismiss (doc. 15) be GRANTED and this case be DISMISSED WITH PREJUDICE.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 11th day of August, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** See **28 U.S.C. §  636;** *United States v. Roberts*, **858 F.2d 698, 701 (11**[th] **Cir. 1988).**