IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARTIN HORWIT,
    Plaintiff,

vs.                       CASE NO.: 3:09cv54/LAC/MD

SAM CAMARIOTES, JR.,
    Defendant.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 11, 2009. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The parties' joint motion to dismiss (doc. 15) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

DONE AND ORDERED this 28th day of September, 2009.

                                        s/ *L.A. Collier*
                                        **LACEY COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**